# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OCHOA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ON HABEAS CORPUS,<br><br>　　　　Respondent. | Case No. 1:16-cv-00575-DAD-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO SEND BLANK § 2254 HABEAS PETITION FORMS TO PETITIONER AND UPDATE PETITIONER'S ADDRESS |

　　　　Petitioner is a state prisoner who proceeded pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 14, 2016, the Court dismissed the petition without prejudice for untimeliness and lack of exhaustion and declined to issue a certificate of appealability. (ECF No. 8.) That same day, judgment was entered and the case was closed. (ECF No. 9.) On February 1, 2017, the Court denied reconsideration of its dismissal of the petition. (ECF No. 13.)

　　　　On November 6, 2023, the Court received a document entitled "Writ of Habeas Corpus in Appeal of State's Denials to Grant Relief." (ECF No. 16.) It appears that Petitioner is attempting to renew his federal habeas petition after exhausting his state court remedies. However, the appropriate procedure is to file a new petition in a new action. The Court will provide Petitioner with a blank § 2254 petition form. If Petitioner wishes to proceed, Petitioner should fill out the form and mail it to the Court.

///

Accordingly, the Clerk of Court is DIRECTED to send blank § 2254 petition forms to Petitioner and update Petitioner's address as follows:

>Richard J. Donovan Correctional Facility
>480 Alta Rd.
>San Diego, CA 92179[1]

IT IS SO ORDERED.

Dated: **November 8, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner's most recent filing names "Warden, RJ Donovan" as Respondent, (ECF No. 16 at 1), and this is the return address written on the envelope.

2